Bruce MURRAY, Appellant

v.

COMMONWEALTH DEPARTMENT OF CORRECTIONS, et al., Appellees

No. 2 EAP 2017

Supreme Court of Pennsylvania.

July 19, 2017

Bruce Murray, Marienville, PA, pro se.

Theron Richard Perez, Marla Gerarda Macus, PA Department of Corrections, Mechanicsburg, PA, for Appellees.

## ORDER

PER CURIAM

AND NOW, this 19th day of July, 2017, the order of the Commonwealth Court is affirmed.

Melvin AMODEO, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee

No. 34 WAP 2016

Supreme Court of Pennsylvania.

July 19, 2017

## ORDER

PER CURIAM

AND NOW, this 19th day of July, 2017, the Order of the Commonwealth Court is hereby AFFIRMED.